IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| BENJAMIN WARREN, | CV 18-110-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MARK M. FICEK, | |
| Defendant. | |

Pursuant to Defendant's Withdrawal of his Motion to Dismiss for Lack of Diversity Jurisdiction (Doc. 12),

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Lack of Diversity Jurisdiction (Doc. 5) is DENIED as moot. Defendant shall hereafter answer Plaintiff's Complaint. It is further ordered that the Evidentiary Hearing presently scheduled for July 16, 2019 at 2:30 p.m. is VACATED.

IT IS ORDERED.

DATED this 3rd day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge