IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN WARREN,<br><br>             Plaintiff,<br><br>vs.<br><br>MARK M. FICEK<br><br>             Defendant. | CV 18-110-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiff has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 18.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Plaintiff's counsel, Keith L. Gross, may appear by telephone at the August 8, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 30th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge