IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN WARREN,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK M. FICEK<br><br>        Defendant. | CV 18-110-BLG-SPW-TJC<br><br>**ORDER GRANTING<br>MOTION TO SEAL** |

Plaintiff's counsel, Keith Gross, has moved the Court for leave to file under seal Exhibits 6 and 9 to his Amended Motion to Withdraw. (Doc. 31.) Good cause appearing, IT IS ORDERED that the motion to file under seal is GRANTED. Exhibit 6 and 9 (Docs. 32 and 33) shall be filed under seal.

DATED this 19th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge