FILED

11/20/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN WARREN, | CV 18-110-BLG-SPW-TJC |
| Plaintiff, | **ORDER DENYING MOTION TO VACATE SCHEDULING ORDER** |
| vs. | |
| MARK M. FICEK | |
| Defendant. | |

Plaintiff's counsel, Keith Gross, has filed a motion to vacate the Scheduling Order. (Doc. 29.) Defendant opposes the motion. (Doc. 34.) The Court does not find good cause exists to vacate the Scheduling Order at this time. As such, Plaintiff's motion is **DENIED**.

IT IS SO ORDERED.

DATED this 19th day of November, 2019.

_____

TIMOTHY J. CAVAN
United States Magistrate Judge