FILED
11/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK M. FICEK<br><br>    Defendant. | CV 18-110-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO SEAL** |

Plaintiff's counsel, Keith Gross, has moved the Court for leave to file under seal Exhibit 10 to his Second Amended Motion to Withdraw. (Doc. 39.) Good cause appearing, IT IS ORDERED that the motion to file under seal is GRANTED. Exhibit 10 (Doc. 40) shall be filed under seal.

DATED this 25th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge