UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BENJAMIN WARREN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MARK M. FICEK,<br><br>                    Defendant. | Case No. CV-18-110-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    Judgment is entered in favor of Defendant Mark M. Ficek and against Plaintiff Benjamin Warren as entered in the Court's Order document 63.

    Dated this 15th day of September, 2020.

                            TYLER P. GILMAN, CLERK

                            By: /s/ E.Hamnes
                            E.Hamnes , Deputy Clerk